JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7324
   Facsimile: (415) 436-7234
   Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. C 10-0337 JCS |
|     Plaintiff, ) | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
|     v. ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 32400 DEL REY COURT, UNION CITY, CALIFORNIA, APN #482-0055-110 ) | |
|     Defendant. ) | |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for August 13, 2010, is continued to Dec. 10, 2010, at 1:30 PM.

IT IS SO ORDERED.

Dated: 8/10/10

JOSEPH C. SPERO
United States Magistrate Judge

-1-