| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Acting Chief, Criminal Division |
| 4 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7324 |
| 7 | Facsimile: (415) 436-7234<br>Email: susan.b.gray@usdoj.gov |
| 8 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 10-0337 JCS |
| Plaintiff, ) | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 32400 DEL REY COURT, UNION CITY, CALIFORNIA, APN #482-0055-110 ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for December 9, 2010, is continued to April 1, 2011, at 1:30 PM.

IT IS SO ORDERED.

_____
JOSEPH C. SPERO
United States Magistrate Judge

Dated: Dec. 3, 2010

-1-