

March 21, 2011

**Steven W. Pite** CA/NV/WA
**John D. Duncan** CA/TX/WA
**Peter J. Salmon** CA/ID/UT/WA
**David E. McAllister** AZ/CA/HI/OR/UT/WA

**Rochelle L. Stanford** AZ/CA/OR/WA
**Josephine E. Salmon** AK/AZ/CA/NY
**Laurel I. Handley** AZ/CA/ID/NV
**Daniel R. Gamez** CA/TX
**Eddie R. Jimenez** CA/NV/TX
**Susan L. Petit** AK/CA/WA
**Douglas A. Toleno** AZ/CA
**Cuong M. Nguyen** CA/NV
**Casper J. Rankin** CA/OR
**Charles A. Correia** CA
**Brian A. Paino** AZ/CA/TX/VA
**Christopher McDermott** CA
**Jillian A. Benbow** CA
**Thomas N. Abbott** CA
**Drew A. Callahan** CA
**Natalie T. Nguyen** CA
**Genail M. Anderson** CA
**Ellen Cha** CA/MN
**Erin L. Laney** CA
**John B. Acierno** CA
**William L. Partridge** CA
**Christopher L. Peterson** CA
**Jason W. Short** CA
**Jason L. Eliaser** CA
**Joseph C. Delmotte** CA
**Gabriel Ozel** CA/NY/TX
**Balpreet K. Thiara** CA
**Elana J. Moeder** CA
**Eric J. Testan** CA
**Catherine T. Vinh** CA
**David M. Liu** CA
**Christina M. Harper** AZ
**Kyle J. Shelton** AZ
**Gregg A. Hubley** NV
**Ace C. Van Patten** ID/NV
**Beau Bennett** CA/NV
**Allison R. Schmidt** NV
**Christopher A. J. Swift** CA/NV
**David C. Welling** NV
**Eric A. Marshack** OR/WA
**Tracy D. Fink** TX
**Claire A. Mock** CA/TX
**Spencer Macdonald** UT
**Jesse Baker** OR/UT/WA
**Adele Vigil Karoum** NV
**David J. Boulanger** OR
**Carrie Thompson Jones** AZ
**Chad L. Butler** CA
**Alexis M. Bornhoft** CA/NV
**Rachel A. DaPena** AZ/CA
**Gilbert R. Yabes** CA
**Alison C. Lienau** AZ/CA
**Matthew M. McArthur** NV
**Matthew R. Clark, III** CA
**Arnold L. Graff** CA/WI
**Rachael R. Whalen** NY
**Philip J. Giles** CA
**Parada Kovadi** CA
**Renee Belcastro** CA
**Gagan G. Vaideeswaran** CA
**Jared D. Bissell** CA
**Ben H. Adams** CA
**Todd S. Garan** CA
**Gemma R. Galeoto** TX
**Cara C. Christensen** WA
**Aaron M. Hegji** CA/NV

<u>Mailing</u>
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
<u>Overnight</u>
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Ph.: (858) 750-7600
Fax: (619) 590-1385

**VIA ECF**

Magistrate Judge Joseph C. Spero
U. S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>**United States v. Real Property Located at 32400 Del Ray Court, Union C**</u>
 Case No.: 3:10-CV-00337-JCS

Dear Judge Spero:

Claimant Wells Fargo Bank, N.A. respectfully requests this Court for permission to allow Natalie T. Nguyen, counsel of record for Claimant, to appear telephonically at the Case Management Conference in the above-referenced matter, set for Friday, April 1, 2011 at 1:30 p.m. The office of counsel for Claimant, Pite Duncan LLP, is located in San Diego, California. Pite Duncan LLP does not have an office in San Francisco and an in person appearance will impose undue burden and costs upon Claimant. Please contact me for telephonic appearance at (619) 326-2489.

Very truly yours,

PITE DUNCAN, LLP

 /s/ Natalie T. Nguyen

Natalie T. Nguyen
nnguyen@piteduncan.com
(619) 326-2489

cc: Counsel for parties in the above action

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 1:30 PM on April 1, 2011 and await the Court's call. The Court will initiate the phone contact.

Dated: March 22, 2011



Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*