1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2

3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division
4

5  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
6
        450 Golden Gate Avenue
7       San Francisco, CA 94102
        Telephone:  415.436.7324
8       Facsimile:  415.436.7234
        email:  patricia.kenney@usdoj.gov
9

10 Attorneys for Plaintiff United States of America

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,           )   10-CV-0337 JSC
                                         )
16 |                Plaintiff,           )
                                         )
17 |        v.                           )
                                         )   ORDER RE: JOINT CASE
18 |                                     )   MANAGEMENT CONFERENCE
   | REAL PROPERTY AND IMPROVEMENTS      )
19 | LOCATED AT 32400 DEL REY COURT,     )
   | UNION CITY, CALIFORNIA,             )
20 | APN #482-0055-110,                  )
                                         )
21 |                Defendant.           )
                                         )
22

23         UPON CONSIDERATION of the parties' joint case management statement, the entire

24 record and for good cause shown, it is by the Court on this 22nd day of April, 2011

25         ORDERED that the case management conference be, and hereby is, rescheduled for July
   22           1:30 p.m.
26 ~~21~~, 2011 at ~~2:00 p.m.~~

27                                              _____
                                                HONORABLE JOSEPH C. SPERO
28                                              United M

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]