```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2

 3  MIRANDA KANE (CSBN 150630)
    Chief, Criminal Division
 4

 5  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 6
        450 Golden Gate Avenue
 7      San Francisco, CA 94102
        Telephone:  415.436.7324
 8      Facsimile:   415.436.7234
        email:  patricia.kenney@usdoj.gov
 9

10  Attorneys for Plaintiff United States of America

11                     UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14                                                             JCS
15  UNITED STATES OF AMERICA,        )     10-CV-0337 JSC
                                     )
16              Plaintiff,           )
                                     )
17                                   )
          v.                         )
18                                   )   ORDER RESCHEDULING OCTOBER
                                     )   21, 2011 JOINT CASE MANAGEMENT
19  REAL PROPERTY AND IMPROVEMENTS   )   CONFERENCE TO JANUARY 20, 2012
    LOCATED AT 32400 DEL REY COURT,  )
20  UNION CITY, CALIFORNIA,          )
    APN #482-0055-110,               )
21                                   )
                                     )
22              Defendant.           )
                                     )
23

24      UPON CONSIDERATION of the parties' joint case management statement, the entire

25  record and for good cause shown, it is by the Court on this  19th  day of October, 2011

26      ORDERED that the case management conference be, and hereby is, rescheduled for

27  January 20, 2012 at 1:30 p.m.

28
                                              _____
                                              HONORABLE          ERO
                                              United Magistrate
```

*(Signed: Judge Joseph C. Spero)*