MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone:  415.436.7324
    Facsimile:   415.436.7234
    email:  patricia.kenney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10-CV-0337 JCS |
| Plaintiff, | |
| v. | ORDER RESCHEDULING OCTOBER 21, 2011 JOINT CASE MANAGEMENT CONFERENCE TO JANUARY 20, 2012 |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 32400 DEL REY COURT, UNION CITY, CALIFORNIA, APN #482-0055-110, | |
| Defendant. | |

    UPON CONSIDERATION of the parties' joint case management statement, the entire record and for good cause shown, it is by the Court on this  19th  day of October, 2011

    ORDERED that the case management conference be, and hereby is, rescheduled for January 20, 2012 at 1:30 p.m.

                                          _____
                                          HONORABLE JOSEPH C. SPERO
                                          United Magistrate Judge